UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                    26 CR 68 (PKC)

        -against-

                                                    ORDER

DAWIN ULERIO GUZMAN,

                Defendant.
-----------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

        Upon the application of the government, consented to by defense counsel, the pretrial conference previously scheduled for May 19, 2026 is adjourned until July 1, 2026 at 11:00 a.m. in Courtroom 11D.  I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial.  My reasons for this finding are that the grant of the continuance is needed to will allow the Government to produce discovery, defense counsel to review discovery, and the parties to continue discussions regarding a pretrial resolution of this case.  Accordingly, the time between today and July 1, 2026 is excluded.

        SO ORDERED.

_____
                P. Kevin Castel
            United States District Judge

Dated: New York, New York
       April 27, 2026