Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

October 20, 2026

**Via ECF**

Application Granted.

So Ordered: ______________
Hon. P. Kevin Castel, U.S.D.J.
10-20-26

Hon. P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re. United States v. Dawin Ulerio Guzman**
**26 Cr. 68 (PKC)**

Dear Judge Castel:

I write to respectfully request a one-day extension of the filing deadlines for the parties' sentencing submissions. The Government consents to this request.

Sentencing in this matter is scheduled for Thursday, November 5, 2026, and under the current schedule, the defense and Government sentencing submissions are due on Thursday, October 22 and Thursday, October 29, 2026, respectively. The Presentence Investigation Report (PSR) is scheduled to be released on October 21, 2026. So that the defense can have an additional day to review the final PSR and address any concerns in its sentencing submission, I respectfully ask for a one-day extension of the defense sentencing submission deadline. The defense also consents to a reciprocal one-day extension of the Government's sentencing submission deadline.

I thank the Court for its consideration of this request.

Respectfully submitted,

/s/

Neil P. Kelly
Assistant Federal Defender
(212) 417-8744

cc: Counsel of record